APPEAL No. 79-61. BEULAH SEITZ *v.* L & R INDUSTRIES, INC. This case is before the court on the employer's application for stay of enforcement of the January 24, 1979 final decree of the full commission. Upon consideration thereof, it is hereby ordered that the employer shall comply with the decree of the full commission insofar as it requires the payment of compensation benefits on and after January 24, 1979. In all other respects, the operation and effect of the decree of the full commission is stayed until further order of this court. Mr. Justice Doris is of the opinion that the stay should be denied. Mr. Chief Justice Bevilacqua did not participate. *Lovett & Linder, Ltd., Raul L. Lovett,* for employee-appellee. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia,* for employer-appellant.

February 19, 1979.

APPEAL No. 77-406. MARY C. LAVERTY *et al. v.* CHARLES C. ROBERTS. The plaintiffs have shown cause why their appeal should not be dismissed. The case is placed on the current argument list. However, the case will not be assigned for hearing until the plaintiffs have filed a new brief that recites the issues raised and arguments advanced in the Superior Court as well as the concessions and arguments that were made at the show cause hearing but were not included in the brief originally filed. In addition, the brief shall fully comply with the briefing requirements of our Rule 16 as explicated in *Clarke* v. *Sullivan,* 103 R.I. 177, 235 A.2d 668 (1967). *Aram K. Berberian,* for plaintiffs. *William R. Harvey,* Town Solicitor, for defendant.